UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.  3:02CR212(RNC) |
| | : | |
| v. | : | |
| | : | |
| CARL DUDLEY | : | November 4, 2004 |

**GOVERNMENT'S OBJECTION TO DUDLEY'S MOTION FOR RETURN OF PROPERTY**

    By letter dated September 7, 2004, Carl Dudley has requested that $966.97 be returned to him.

    On or about September 13, 2004, DEA Resident Agent In Charge, Mark Kaczynski forwarded a letter to Mr. Dudley advising that the State of Connecticut, not the federal government, had forfeited the money approximately one year earlier, on or about September 18, 2003.  Agent Kazcynski attached a copy of the Judgment for Mr. Dudley's convenience.  See Exhibit 1. Accordingly, the federal government cannot return any money to Mr. Dudley.  Upon information and belief, the government understands that Mr. Dudley has already been in contact with representatives of the Office of the Chief State's Attorney,