**U. S. Department of Justice**
Drug Enforcement Administration

Drug Enforcement Administration
450 Main Street Suite 628
Hartford, CT. 06103

www.dea.gov                                    09-13-2004

Carl Dudley
Ray Brook Correctional Institution


Enclosed you will find a copy of the documentation which indicates the money was forfeited to the State of Connecticut. It should also be noted that Attorney Herman Woodard (on your behalf) contacted TFA Amato shortly after your incarceration and was informed the money would not be returned

Any further inquiries should be directed to the address indicated on the enclosed State of Connecticut documentation.

Sincerely,

Resident Agent in Charge
Mark Kaczynski

Filed in court
SEP 1 8 2003

DOCKET NO. CV03-2240      [AFB03-399]
Related Criminal
Docket #[s]:CR03

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | SUPERIOR COURT |
| V. | : | JUDICIAL DISTRICT OF HARTFORD AT G.A. #14 |
| $966.97 IN U.S. CURRENCY [Carl Dudley] | : | SEPTEMBER 18, 2003 |

## JUDGMENT

Pursuant to Connecticut General Statutes Section 54-36h, et seq., concerning forfeiture of property in drug cases, the Court finds the property in the above-captioned forfeiture proceeding was lawfully seized and is subject to forfeiture to the State of Connecticut Drug Assets Forfeiture Revolving Account.

The custodian of the forfeited funds is hereby ORDERED to convert the funds into **two negotiable instruments**. The first negotiable instrument shall be made payable to the **Division of Criminal Justice** in the amount of **Twenty-Two and 73/100 ($22.73) Dollars**, that amount reflecting the costs of publication attributable to this file. This instrument shall be forwarded to:
    Catherine Trentini, Division of Criminal Justice, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067

The remainder of the forfeited funds shall be converted into a second negotiable instrument in the amount of **Nine Hundred Forty-Four and 24/100 ($944.24) Dollars**, payable to the **Drug Assets Forfeiture Revolving Account** and transmitted to the Revolving Account's Representative for deposit into the account:
    Catherine Trentini, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067

_____
Judge of the Superior Court
SEP 18 2003

Copies sent to WHPD
CSA

(X) 9/3/03

300 Corporate Place
Rocky Hill, Connecticut 06067
Telephone (860) 258-5800