UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 NOV 12 P 1: 18

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA,          :

    Plaintiff,          :
                    :

V.          : CASE NO. 3:02CR0212 (RNC)

                    :
CARL DUDLEY,          :

    Defendant.          :

## ENDORSEMENT RULING

Defendant's motion for return of property is denied (Doc. # 70).  The federal government cannot return any money to defendant because the money was forfeited to the State of Connecticut on approximately September 18, 2003.

    So ordered.

    Dated at Hartford, Connecticut this /12 day of _November_ 2004.

                                  Robert N. Chatigny
                         United States District Judge